UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 25-01762 |
| Dante F. Lubrico, | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**AMENDED ORDER GRANTING MOTION TO DISMISS**

This matter coming to be heard on the Amended Motion to Dismiss Bankruptcy Case and Bar Debtor from Refiling filed by Joseph Bunch, due notice provided, and all parties being provided the opportunity to be heard, the Court deeming itself advised, it is ordered that:

1. The Motion is granted. Bankruptcy case 25-01762 is dismissed.

2. The Court reserves jurisdiction to enforce this order.

Enter:  *Jacqueline P. Cox*
_____

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: June 03, 2025

**Prepared by:**

Gregory J. Jordan, ARDC #6205510
Mark R. Zito, ARDC #6276231
Jordan & Zito LLC
350 N. LaSalle Street, Suite 700
Chicago, Illinois 60654
312-854-7181
gjordan@jz-llc.com
mzito@jz-llc.com