## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Dante F. Lubrico            . | ) | Case No. 25 - 01762 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

### FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO J. KEVIN BENJAMIN FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTOR

| | | | |
|---|---|---|---|
| Total Fees Requested: | $41,520.00 | Total Expenses Requested: | $0.00 |
| Total Fees Reduced: | 1,375.00 | Total Expenses Reduced: | 0 |
| Total Fees Allowed: | $40,145.00 | Total Expenses Allowed: | $0.00 |

### TOTAL FEES AND EXPENSES ALLOWED: $40,145.00

The Court has underlined the attached time and expense entries which have been disallowed in whole or in part. The basis for each disallowance is disclosed by the numerical notation which appears next to each highlighted entry. The numerical notations refer to the enumerated paragraphs below.

**(2) Unreasonable Time - TOTAL of disallowed amounts: $1,375.00**
**(Entries from 2/17/2025 & 4/12/2025)**

> The Court denies the allowance in part of compensation for the following tasks because the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone*, 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project.... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate." *In re Wildman*, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987).

On 2/17/2025, Counsel requests compensation for 2.3 hours at $1,265.00. The Court will allow 1 hour, compensation in the amount of $550.00.

On 4/12/2025, Counsel requests compensation for 2.7 hours at $1,485.00. The Court will allow 1.5 hours, compensation in the amount of $825.00.

## CONCLUSION

As Counsel has previously received and applied $8,435.00 from an advanced fee retainer, Counsel is entitled to $31,710.00 based upon the total fees reduced.

IT IS SO ORDERED.


**DATED: SEPTEMBER 22, 2025**                    **ENTER:**

**Jacqueline P. Cox**
**U.S. Bankruptcy Judge**

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| **Contested Matters**<br>Initial review of Motion to Dismiss Debtor and Bar Refiling and note issues to object to. | BILLABLE | 3/31/2025 | 0.8 | $550.00 | $440.00 | KB |
| **Contested Matters**<br>Court Appearance and objection to Motion to Dismiss Debtor and Bar refling | BILLABLE | 4/1/2025 | 1 | $550.00 | $550.00 | KB |
| **Contested Matters**<br>legal research regarding the opposing Motion to Dismiss Debtor and Bar refiling | BILLABLE | 4/12/2025 | 2.7 | $550.00 | $1,485.00 | KB |
| **Contested Matters**<br>Discussion with Client regarding good faith and what steps taken before filing to resolve issues and avoid filing related to motion to dismiss and bar. | BILLABLE | 4/15/2025 | 0.3 | $550.00 | $165.00 | KB |
| **Contested Matters**<br>Discussion with client related to motion to dismiss, bar, and some documents | BILLABLE | 4/16/2025 | 0.2 | $550.00 | $110.00 | KB |

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|---|---|---|---|---|---|---|---|
| Case Administration<br>Review Request for Service of Notices Filed by Samantha C, San Jose on behalf of Onslow Bay Financial LLC, and docket into our system | BILLED | 2/17/2025 | 0.1 | $550.00 | $55.00 | KB | |
| Case Administration<br>Revise and prepare schedules and statement of financial affairs for client review | BILLED | 2/17/2025 | 2.3 | $550.00 | $1,265.00 | KB | |
| Case Administration<br>Prepare questions for the client regarding schedules and the remaining required documents to be filed later today | BILLED | 2/18/2025 | 0.2 | $550.00 | $110.00 | KB | |
| Case Administration<br>Send questions to the client regarding schedules and the remaining required documents to be filed later today. | BILLED | 2/18/2025 | 0.1 | $550.00 | $55.00 | KB | |
| Case Administration<br>Confirm client received the questions in relation to finishing the schedules and documents due to be filed the same day day | BILLED | 2/18/2025 | 0.1 | $550.00 | $55.00 | KB | |